HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR DELISLE and MYONG DELISLE, as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 2:17-CV-00905-RSL<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |

Pursuant to FRCP 15, plaintiffs, Arthur Delisle and Myong Delisle, and defendant, United States of America, by and through their counsel of record, hereby submits this stipulation permitting the plaintiffs to file an Amended Complaint and setting Defendant's time to respond to the Amended Complaint.

On June 13, 2017, plaintiffs filed their Complaint for Damages. On August 16, 2017, counsel for defendant filed a notice of appearance. The parties conferred regarding allegations involving plaintiff, Myong Delisle. Plaintiffs wish to amend their complaint

STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

Page 1 of 3
2:17-CV-00905-RSL
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\stip to file amended complaint.usao edits (3).docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1  to dismiss Myong Delisle as a named plaintiff. Defendant will have twenty (20) days to
2  respond to Plaintiffs' Amended Complaint once filed.
3      THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto
4  through their respective attorneys of records that Plaintiffs may, pursuant to Rule 15(a) of
5  the Federal Rules of Civil Procedure, file an Amended Complaint in this action, a true
6  and correct copy of which is attached as Exhibit A hereto.
7
8      DATED this 18th day of August 2017.
9                                                        DAVIES PEARSON, P.C.
10                                                       /s/ Sok-Khieng K. Lim
11                                                       Sok-Khieng K. Lim, WSB#30607
                                                      Attorneys for Plaintiff
12                                                       Davies Pearson, P.C.
                                                      920 Fawcett Ave.
13                                                       Tacoma, WA 98402
                                                      T: 253-620-1500 F: 253-572-3052
14                                                       Email: slim@dpearson.com
15
16                                                       ANNETTE L. HAYES
                                                      United States Attorney
17
18                                                       /s/ Tricia Boerger
19                                                       TRICIA BOERGER, WSBA #38581
                                                      Assistant United States Attorney
20                                                       Western District of Washington
                                                      United States Attorney's Office
21                                                       700 Stewart St., #5220
22                                                       Seattle, WA 98101-1271
                                                      Tel: (206) 553-7970
23                                                       Email: Tricia.boerger@usdoj.gov

STIPULATION AND ORDER TO FILE AMENDED
COMPLAINT

Page 2 of 3
2:17-CV-00905-RSL

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## ORDER

Based on the written stipulation of the parties and good cause appearing in support thereof, plaintiffs may file the Amended Complaint, which is attached as Exhibit A. Defendant need not respond to the June 13, 2017 Complaint, but instead shall have up to and including twenty (20) days to respond to the Amended Complaint once filed.

IT IS SO ORDERED.

Dated: __Aug. 22, 2017__

_____
United States District Judge

Respectfully submitted by:

DAVIES PEARSON, P.C.

/s/ Sok-Khieng K. Lim
Sok-Khieng K. Lim, WSB#30607
Attorneys for Plaintiff
Davies Pearson, P.C.
920 Fawcett Ave.
Tacoma, WA 98402
T: 253-620-1500 F: 253-572-3052
Email: slim@dpearson.com

STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

Page 3 of 3
2:17-CV-00905-RSL
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\stip to file amended complaint.usao edits (3).docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR DELISLE and MYONG DELISLE, as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>~~Defendant.~~ | NO. 2:17-CV-00905-RSL<br>~~AMENDED~~<br>**COMPLAINT FOR PERSONAL INJURIES AND DAMAGES** |

COME NOW the Plaintiffs, Arthur Delisle ~~and Myong Delisle,~~ by and through ~~their~~ attorney of record, Sok-Khieng K. Lim of Davies Pearson, P.C., and allege as follows:

## I. INTRODUCTION

1.1   This is an action against the Defendant United State of America under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq*.) and 28 U.S.C. §1346(b)(1), for negligence and professional malpractice in connection with medical care provided to Plaintiff Arthur Delisle at the Seattle Veterans Affairs Medical Center.

~~AMENDED~~ COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES
2:17-CV-00905-RSL
Page 1 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1.2 The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, *et seq.*) and 28 U.S.C. §1346(b)(1), for money damages as compensation for personal injuries caused by the Defendant's negligence.

1.3 Plaintiff ~~s have~~ fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act. *Standard Form 95 attached as Exhibit 1.*

1.4 This suit has been timely filed, in that Plaintiff ~~s have~~ timely served notice of their claim on both the Department of Veterans Affairs and the United States Department of Justice less than two years aft the incident forming the basis of this suit.

1.5 Plaintiff ~~s have~~ now filing this Complaint pursuant to 28 U.S.C. §2401(b) after receiving the Department of Veterans Affairs' February 6, 2017 notice of "final denial" of Plaintiffs' claim. *Administrative Tort Claim Denial Letter attached as Exhibit 2.*

## II. PARTIES, JURISDICTION AND VENUE

2.1 Plaintiffs Arthur Delisle ~~and Myong Delisle are husband and wife and~~ at all times relevant hereto, ~~were~~ residents of Pierce County, Washington.

2.2 Defendant United States of America, through its agency, the Department of Veterans Affairs, operates the Veterans Affairs Medical Center located at 1660 S. Columbian Way, Seattle, WA 98108.

2.3 Defendant United States of America, including its directors, officers, operators, administrators, employees, agents, and staff at the Seattle Veterans Affairs

~~AMENDED~~ COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES
2:17-CV-00905-RSL
Page 2 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

Medical Center are hereinafter collectively referred to as "Seattle VA Medical Center."

2.4   At all times relevant to this Complaint, the Seattle VA Medical Center held themselves out to the Plaintiffs as a provider of high quality health care services, with the expertise necessary to maintain the health and safety of patients like Plaintiff ~~Arthur Delisle~~.

2.5   At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, and staff were employed by and/or acting on behalf of the Defendant. Furthermore, the Defendant is responsible for the negligent acts of their employees and agents under respondeat superior.

2.6   Jurisdiction is proper under 28 U.S.C. 1346(b)(1).

2.7   Venue is properly in the Western District of Washington at Seattle under U.S.C. 28 1402(b) in that Plaintiffs reside in Pierce County, Washington.

### III.   FACTUAL ALLEGATIONS

3.1   On or about July 30, 2014, plaintiff, Arthur Delisle, underwent a coronary artery stent placement at the Seattle VA Medical Center. During the procedure by surgeon, Dr. Michael Stadius, a stent was displaced and lodged into the wall of the right common femoral artery by the cardiac surgeon.

3.2   On or about July 31, 2014, a resident physician, Shakirat Oyetunju, MD and Chief of Vascular Surgery, Dr. Ted Kohler, at Seattle WA Medical Center were

~~AMENDED~~ COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES
2:17-CV-00905-RSL
Page 3 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

consulted and asked to examine the Plaintiff and the displaced cardiac stent. After examination of the Plaintiff and the cardiac stent, Dr. Oyetunju and Dr. Kohler recommended that no intervention for the coronary stent be performed and made the decision to leave the displaced cardiac stent lodged within the wall Plaintiff's right common femoral artery.

3.3   Over the next few months, Plaintiff continued to have on-going radiculopathy symptoms and pain shooting from his groin into his right leg and foot. Plaintiff continued to follow-up at the Seattle VA Medical Center for on-going groin and right leg pain, but nothing was initially done to help relieve Plaintiff's on-going pain complaints.

3.4   On or about October 8, 2014, Plaintiff sought emergency care treatment at St. Francis Hospital in Federal Way, Washington for chest pain and groin pain. X-rays were taken which revealed the cardiac stent that was lodged into the right common femoral artery to be the source of Plaintiff's groin pain. Plaintiff then followed up with physicians at Seattle VA Medical Center who recommended that Plaintiff have surgery to remove the cardiac stent from his groin as the cardiac stent had pierced into the wall of the artery.

3.5   On or about October 27, 2014, the cardiac stent that was left in Plaintiff's right common femoral artery was removed and portions of Plaintiff's right common

A̶M̶E̶N̶D̶E̶D̶ COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES
2:17-CV-00905-RSL
Page 4 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

femoral artery had to be repaired as the cardiac stent had lodged itself to the wall of the artery.

3.6     Since the initial surgery of July 30, 2014, Plaintiff continues to have on-going right leg pain and has never been the same due to a permanent nerve injury.

3.7     Plaintiff, Arthur Delisle, sustained nerve damage/injury to his right common femoral artery from a cardiac artery stent placement performed by physicians employed by and/or agents of the Seattle VA Medical Center

3.8     As a result of the Defendant's breaches of the standard of care, Plaintiffs suffered significant injuries and required surgery and on-going medical care to treat said injuries.

## IV.  CAUSES OF ACTION

### COUNT I – NEGLIGENCE

4.1     Plaintiffs reallege and reincorporate each and every allegation above as if fully set forth herein.

4.2     The Defendant had a duty to provide quality care, and to exercise a standard of care and skill required of health care providers, consistent with the expertise that the Defendant presented to the community at large.

4.3     The Defendant breached its duty of care to Mr. Delisle.

4.4     At all times relevant to this Complaint, the Defendant had a duty to hire

AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES
2:17-CV-00905-RSL
Page 5 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

competent operators, administrators, employees, agents and staff in order to meet its standards of quality care of its patients, including Mr. Delisle. The Defendant knew, or should have known, that the medical staff of the facility was not properly trained, and/or supervised, in a manner necessary to provide a level of care for Mr. Delisle that met all applicable legal requirements; that demonstrated the standard and degree of care and skill required of competent health care providers; and was consistent with the expertise that the Defendant presented to the community at large.

4.5   The Defendant breached its duty by negligently hiring incompetent, inexperienced and/or unqualified operators, administrators, employee, agents and staff.

4.6   The Defendant had a duty to retain only competent and adequately trained operators, administrators, employees, agents and staff in order to meet its standards of quality of care of its patients, including Mr. Delisle.

4.7   The Defendant breached its duty by negligently retaining incompetent, inexperienced, unqualified and/or inadequately trained operators, administrators, employees, agents and staff.

4.8   Defendant also failed to obtain proper consent to allow a displaced cardiac stent that was lodged into the right common femoral artery to be left in place right after surgery instead of immediately removing said foreign object before it punctured into the artery causing permanent nerve damage.

AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES
2:17-CV-00905-RSL
Page 6 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## COUNT II – VICARIOUS LIABILITY, RESPONDEAT SUPERIOR, OSTENSIBLE AGENCY AND/OR AGENCY

4.9 Plaintiffs reallege and reincorporate each and every allegation above as if fully set forth herein.

4.10 At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents, staff were employed by and /or acting on behalf of the Defendant.

4.11 At all times relevant to this Complaint, the directors, officers, operators, administrators, employees, agents and staff acted within their respective capacities and scopes of employment for the Defendant.

4.12 The directors, officers, operators, administrators, employees, agents and staff negligently and/or recklessly, directly and proximately caused personal injury to Mr. Delisle, including both acts of omission and acts of commission.

## V. DAMAGES

5.1 As a direct and proximate result of Defendant's negligence, Plaintiffs have sustained damages including, but not limited to, the following:

A. Special Damages:

(1) Reasonable and necessary expenses incurred for hospitals, physicians, therapy, drugs, medicine and appliances, the exact amount of which has not been ascertained.

AMENDED COMPLAINT FOR PERSONAL INJURIES AND DAMAGES
2:17-CV-00905-RSL
Page 7 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

(2) Such other out-of-pocket expenses as shall be alleged, proven and determined herein, both past and future.

B. General Damages:

(1) The nature and extent of the injuries.

(2) The disability, both mental and physical, experienced and to be experienced in the future.

(3) The disfigurements suffered, both mental and physical, past and future.

(4) Loss of capacity to enjoy life, past and future.

(5) Pain and suffering, both mental and physical, experienced and reasonably expected to be experienced in the future.

(6) ~~Loss of consortium.~~

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for damages and judgment against Defendant in an amount to be proven at trial, but not limited to:

A. Special damages, now and in the future;

B. General damages, now and in the future; and

//

//

//

//

~~AMENDED~~ COMPLAINT FOR PERSONAL INJURIES
AND DAMAGES
2:17-CV-00905-RSL
Page 8 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1. C. Such other and further relief as the Court may deem just and equitable.

2. DATED this 12th day of June 2017.

DAVIES PEARSON, P.C.

/s/ Sok-Khieng K. Lim
Sok-Khieng K. Lim, WSB#30607
Attorneys for Plaintiff
Davies Pearson, P.C.
920 Fawcett Ave.
Tacoma, WA 98402
T: 253-620-1500 F: 253-572-3052
Email: slim@dpearson.com

~~AMENDED~~ COMPLAINT FOR PERSONAL INJURIES AND DAMAGES
2:17-CV-00905-RSL
Page 9 of 9
kb s:\2xxxx\23xxx\237xx\23700\1\pleadings\complaint in seattle with red line.docx

DAVIES PEARSON, P.C.
ATTORNEYS AT LAW
920 FAWCETT – P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052