The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ARTHUR DELISLE,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:17-cv-00905-RSL<br><br>STIPULATED MOTION TO CONTINUE TRIAL AND ~~PROPOSED~~ ORDER<br><br>**NOTING DATE: NOV. 6, 2017** |

## JOINT STIPULATION

COME NOW the Parties in the above captioned matter, Plaintiff, Arthur Delisle, by and through counsel, Sok-Khieng Lim, Davies Pearson, P.C. and Defendant, United States of America, by and through counsel, Tricia Boerger, Assistant United States Attorney for the Western District of Washington, in this stipulated motion to continue the trial date until November 5, 2018 and to extend all pre-trial deadlines accordingly.

This extension is necessary to accommodate a conflict with the current trial date and counsel for the United States, as the result of the need to move a 15-day trial before another judge in this district.

Stipulated Motion to Continue
Trial and ~~Proposed~~ Order
2:17-cv-905-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The parties though their counsel agree that no party will be prejudiced by this
2  short continuance of the current trial date.
3
4  DATED this 6th day of November, 2017.

ANNETTE L. HAYES
United States Attorney

*s/ Sok-Khieng Lim*                    *s/ Tricia Boerger*
SOK-KHIENG LIM, WSBA #30607            TRICIA BOERGER, WSBA #38581
Davies Pearson PC                      Assistant United States Attorney
920 Fawcett Avenue                     United States Attorney's Office
Tacoma, Washington 98101               700 Stewart Street, Suite 5220
Phone: (253) 620-1500                  Seattle, Washington 98101-1271
Email: slim@dpearson.com               Phone: 206-553-7970
                                       Fax: 206-553-4073
Attorney for Plaintiff                 Email: tricia.boerger@usdoj.gov

Attorney for Defendant United States

Stipulated Motion to Continue
Trial and ~~Proposed~~ Order
2:17-cv-905-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to continue the trial date and extend the pre-trial deadlines as requested. As such, and the parties having so stipulated and agreed, it is hereby so **ORDERED**. The clerk will issue a new trial date and new pre-trial deadlines in accordance with the Court's availability.

DATED this 7th day of Nov., 2017.

_____
ROBERT S. LASNIK
United States District Court Judge

Stipulated Motion to Continue
Trial and ~~Proposed~~ Order
2:17-cv-905-RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970