|   |   |
|---|---|
|   | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR DELISLE,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | CASE NO. 2:17-cv-00905-RSL<br><br>STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE AND SETTLEMENT CONFERENCE DATES AND ORDER |

## **STIPULATION**

COMES NOW the Plaintiff, Arthur Delisle, and Defendant, United States of America, through their attorneys of record and hereby stipulate and request that the Court enter an Order extending the discovery deadline in this case from July 8, 2018 until July 15, 2018. The parties also stipulate and request that the Court extend the settlement conference deadline from July 22, 2018 to August 31, 2018. The parties are not requesting adjustment of any other pretrial deadlines at this time.

The parties are requesting an one-week extension of the discovery deadline to allow for the deposition of Plaintiff and his wife due to scheduling conflicts that necessitated

Stipulated Motion To
Extend Dates
[2:17-cv-00905-RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

moving the depositions to a few days after the current deadline of July 8, 2018. Given the later deposition date of Plaintiff and his wife, the parties are also requesting an extension of time for the settlement conference deadline in this case in order to allow both parties to fully assess settlement options after the close of discovery. The trial of this matter is set for November 5, 2018, so there will still be adequate time for the parties to prepare for trial and meet other scheduled pretrial deadlines, if necessary.

The parties though their counsel further agree that neither party will be prejudiced by this agreement.

DATED this 25th day of June, 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Sok-Khieng Lim*
SOK-KHIENG LIM, WSBA #30607
Davies Pearson PC
920 Fawcett Avenue
Tacoma, Washington 98401
Phone: 253-620-1500
Email: slim@dpearson.com

*Attorney for Plaintiff*

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA #38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for Defendant*

Stipulated Motion To
Extend Dates
[2:17-cv-00905-RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the discovery deadline and the settlement deadline as requested. As such, and the parties having so stipulated and agreed, it is hereby so **ORDERED**.

DATED this 27th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Stipulated Motion To
Extend Dates
[2:17-cv-00905-RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970