# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ARTHUR DELISLE

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

NO. C17-905RSL

ORDER OF DISMISSAL

It having been reported to the Court on Friday, August 24, 2018 that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED. This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated.

The Clerk of the Court is instructed to send copies of this Order to all counsel of record.

DATED this 24thd day of August, 2018.

_____
Robert S. Lasnik
United States District Judge

ORDER -1