The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ARTHUR DELISLE, | CASE NO.  2:17-cv-00905-RSL |
| Plaintiff, | |
| v. | STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | NOTED FOR CONSIDERATION: AUGUST 29, 2018 |

## JOINT STIPULATION

The parties, by and through their counsel of record, hereby stipulate that this case has been resolved and jointly move this Court for an order of dismissal with prejudice and without costs or fees to either party.  The parties also stipulate and agree that this Court shall retain jurisdiction over the above-captioned action and the terms of the settlement thereof if and as necessary.

//

//

//

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER
2:17-cv-00905-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      STIPULATED AND AGREED this 29th day of August, 2018.

2

Stipulated to and presented by:

3

                                  ANNETTE L. HAYES

4                                  United States Attorney

5

6  *s/ Sok-Kh8ieng Lim*              *s/Tricia Boerger*

7  SOK-KHIENG LIM, WSBA #30607      TRICIA BOERGER, WSBA #38581

    Davies Pearson, P.C.                 Assistant United States Attorney

8  920 Fawcett Avenue - P.O. Box 1657     Western District of Washington

9  Tacoma, Washington 98401          United States Attorney's Office

    Telephone: (253) 620-1500         700 Stewart Street, Suite 5220

10  Fax: (253) 572-3052             Seattle, Washington 98101-1271

11  Email: slim@dpearson.com         Phone:  (206) 553-7970

                                  Email: tricia.boerger@usdoj.gov

12  Attorneys for Plaintiff

13                                Attorneys for United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

3        The parties having so stipulated and agreed, it is hereby **ORDERED** that this case

4    is dismissed with prejudice and without costs or fees to either party.  This Court shall

5    retain jurisdiction over the above-captioned action and the terms of the settlement thereof

6    if and as necessary.

7        DATED this ___6ᵗʰ___ day of ___September___ 2018.

8

9

10                                    _____MMSCasnik_____

11                                    Honorable Robert S. Lasnik
                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER
2:17-cv-00905-RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970